20046. KIGHT *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1929.

*Dampier & Watson,* for plaintiff in error.

*J. A. Merritt, solicitor,* contra.